IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IVORY THOMAS,

    Plaintiff,

vs.                        CASE NO. 5:06cv249/RS

SCOTT MIDDLEBROOK,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Petition For Writ of Habeas Corpus (Doc. 1) is **denied**.

3. The clerk is directed to close the file.

ORDERED on July 20, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**